UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. Case No. |
| ) | |
| JACQUELYN MAHONEY, ) | |
| ) | |
| Defendant. ) | |

ASSENTED-TO SECOND MOTION FOR ENDS-OF-JUSTICE CONTINUANCE
OF TIME FOR FILING AN INDICTMENT OR INFORMATION,
AND EXCLUSION OF TIME,
UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through Assistant United States Attorney Benjamin A. Saltzman, respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed through and including July 1, 2022, and exclude the time period from May 3 2022, through and including July 1, 2022 from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interest of the public and the defendant in a speedy trial. The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*. In support of this request, the parties state as follows:

1.  The defendant has been charged by criminal complaint in *United States v. Jacquelyn Mahoney*, Case No. 22-MJ-5044-JGD, with distribution of 50 grams or more of a mixture and substance containing methamphetamine, in violation of Title 21 United States Code, Sections

Section 841(a)(1) & (b)(1)(B)(viii).  On February 17, 2022, law enforcement agents arrested the defendant and on February 18, 2022, the defendant made her initial appearance in the District of Massachusetts.  The defendant subsequently consented to a voluntary order of detention.

2.      The parties have been engaged in preliminary discussions regarding the potential charges to be included in an information or indictment and the possible resolution of this matter.  The parties require additional time to have this discussion.  The requested exclusion of time will permit the parties to confer, and will permit defense counsel to adequately confer with the defendant, before the United States is required to seek an indictment.  The parties expect that such discussions are likely to further the interests of justice and promote judicial efficiency.

3.      An assented-to motion for an extension of time to file an indictment or information was previously filed on March 1, 2022. [ DE 2].  This motion was granted and the time was excluded until May 3, 2022. [DE 3].

4.      The parties agree that, if the requested time is excluded, the government has until July 1, 2022 to return an indictment in this case.

5.      The defendant, through her counsel, has assented to this motion.

6.      A proposed order is attached.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

    By: */s/ Benjamin A. Saltzman*
    Benjamin A. Saltzman
    Assistant U.S. Attorney

**Certificate of Service**

    I hereby certify that this document shall be served via email to counsel for the defendant, Stephen Huggard.

                                       By:   */s/ Benjamin A. Saltzman*
                                                        Benjamin A. Saltzman
                                                        Assistant U.S. Attorney