UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   M.B.D. Case No.<br>)<br>JACQUELYN MAHONEY,   )<br>)<br>Defendant.   ) | |

ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the parties' joint motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendant has been charged by criminal complaint in *United States v. Jacquelyn Mahoney*, Case No. 22-MJ-5044-JGD, with distribution of 50 grams or more of a mixture and substance containing methamphetamine, in violation of Title 21 United States Code, Sections Section 841(a)(1) & (b)(1)(B)(viii).

2. On February 17, 2022, law enforcement agents arrested the defendant and on February 18, 2022, the defendant made her initial appearance in the District of Massachusetts.

3. The parties have been engaged in preliminary discussions regarding the potential charges to be included in an information or indictment and the possible resolution of this matter. The parties require additional time to continue these discussions.

4. The requested exclusion of time will permit the parties to confer, and will permit defense counsel to adequately confer with the defendant, before the United States is required to seek an indictment. The parties expect that such discussions are likely to further the interests of justice and promote judicial efficiency.

5. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from May 3, 2022 through and including July 1, 2022 from the speedy trial

clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

      Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an indictment or information must be filed is continued to July 1, 2022; and (2) the period from May 3, 2022 through and including July 1, 2022 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

                                                                         _____
                                                            **UNITED STATES DISTRICT COURT JUDGE**